UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CARMEN MAIDANA,

                              Plaintiff,                  ECF CASE

     v.                                           NOTICE OF APPEARANCE

                                                    Case No.
                                                    11 CIV. 2606 (CBM) (CLP)

LA ESQUINA CRIOLLA RESTAURANT INC.,
ABAD BALLINAS, as Officer and Manager and
MARIO CIVELLI, as Owner and Manager,

                              Defendants.
-----------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that **CRAIG HANLON** should be added as counsel of record on behalf of The Law Offices of Fausto E. Zapata, Jr., P.C., attorneys for plaintiff CARMEN MAIDANA, effective August 15, 2011.


Dated: August 15, 2011

                                                                The Law Offices of
                                                                 Fausto E. Zapata, Jr., P.C.
                                                                 Attorneys for Plaintiff
                                                                 277 Broadway, Suite 501
                                                                 New York, NY 10007
                                                                 Tel. (212) 766-9870

                                                                By: _____
                                                                Craig Hanlon (CH 1959)


C:    Luis F. Echeverria
       Law Office of Luis F. Echeverria
       50-60 69th Street
       Woodside, New York 11377-7541