Form 07 - CORPORATION

**FAUSTO E. ZAPATA JR. PC**     FAUSTO E. ZAPATA JR. PC

U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK
---------------------------------------------------------
CARMEN MAIDANA

                                                PLAINTIFF

                            - vs -

LA ESQUINA CRIOLLA RESTAURANT, INC. ETAL

                                                DEFENDANT
---------------------------------------------------------

index No. 11 CIV 2606(CBM)(CLP)
Date Filed
Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**HOWARD HERTZFELD** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **17TH** day of **AUGUST, 2011 10:40AM** at

    **94-67 CORONA AVENUE**
    **ELMHURST NY 11373**

I served a true copy of the **SUMMONS AND AMENDED COMPLAINT, ORDER,**
upon **LA ESQUINA CRIOLLA RESTAURANT, INC.**
a domestic corporation, the **DEFENDANT** therein named by delivering to, and leaving personally with
**ABAD BALLINAS, MANAGING AGENT**
a true copy of each thereof.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

    SEX: **MALE**   COLOR: **WHITE** HAIR: **BLACK**
    APP.AGE: **49** APP. HT: **5/9** APP. WT: **170**
    OTHER IDENTIFYING FEATURES

COMMENTS:

Sworn to before me this
19TH day of AUGUST, 2011

BRETT GOLUB
Notary Public, NASSAU COUNTY
01G06129491
Qualified in NASSAU COUNTY
Commission Expires 06/27/2013

_____
HOWARD HERTZFELD 778037
AETNA JUDICIAL SERVICE INC
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7-FEZ-156243