**FAUSTO E. ZAPATA JR. PC**  FAUSTO E. ZAPATA JR. PC
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK
------------------------------------------------------------

CARMEN MAIDANA

                                              PLAINTIFF

- vs -

LA ESQUINA CRIOLLA RESTAURANT, INC. ETAL

                                              DEFENDANT

index No. **11 CIV 2606(CBM)(CLP)**
Date Filed
Office No.
Court Date.

------------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**HOWARD HERTZFELD** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **17TH** day of **AUGUST, 2011 10:40AM** at
    **% LA ESQUINA CRIOLLA RESTAURANT INC. 94-67 CORONA AVE.**
    **ELMHURST NY 11373**
I served the **SUMMONS AND AMENDED COMPLAINT,ORDER,**
upon **ABAD BALLINAS**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **ABAD BALLINAS**
said **DEFENDANT** personally.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

    SEX: **MALE**   COLOR: **WHITE** HAIR: **BLACK**
    APP.AGE: **49** APP. HT: **5/9** APP. WT: **170**
    OTHER IDENTIFYING FEATURES

That at the time of service, as aforesaid, I asked the **DEFENDANT** whether he/she was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.


Sworn to before me this
19TH day of AUGUST, 2011

*[signature]*

BRETT GOLUB
Notary Public, NASSAU COUNTY
01G06129491
Qualified in NASSAU COUNTY
Commission Expires 06/27/2013

*[signature]*

_____
HOWARD HERTZFELD 778037
AETNA JUDICIAL SERVICE INC
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7-FEZ-156246