THE LAW OFFICES OF

# FAUSTO E. ZAPATA, JR., P.C.

BROADWAY CHAMBERS BUILDING  
277 BROADWAY  
SUITE 501  
NEW YORK, NY 10007

TEL: (212) 766-9870  
FAX: (212) 766-9869  
E-MAIL: FZ@FZAPATALAW.COM  
WEB: WWW.FAUSTOZAPATA.COM

November 7, 2011

<u>VIA FACSIMILE: 718-613-2365</u>  
Magistrate Judge Pollak  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East, Chambers Room 1230  
Brooklyn, New York 11201

Re: Carmen Maidana v. La Esquina Criolla Restaurant, Inc., EDNY Case No. 11 Civ. 2606 (CBM) (CLP)

Dear Judge Pollak,

I am the attorney representing the Plaintiff in the above referenced matter.

I am writing to request an adjournment of a telephone conference scheduled for November 10, 2011. I will not be available because I have an all-day trial scheduled at The City of New York Office of Administrative Trials and Hearings. I have discussed this request with opposing counsel, Mr. Echeverria, and he has graciously consented to my request.

If you have any questions, please call me at 212-766-9870.

Very truly yours,

Fausto E. Zapata, Jr.

C: L. Echeverria  
      File