# THE LAW OFFICES OF
# FAUSTO E. ZAPATA, JR., P.C.

BROADWAY CHAMBERS BUILDING
277 BROADWAY
SUITE 501
NEW YORK, NY 10007

TEL: (212) 766-9870
FAX: (212) 766-9869
E-MAIL: FZ@FZAPATALAW.COM
WEB: WWW.FAUSTOZAPATA.COM

November 7, 2011

**VIA FACSIMILE: 718-613-2365**
Magistrate Judge Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers Room 1230
Brooklyn, New York 11201

Re: Carmen Maidana v. La Esquina Criolla Restaurant, Inc., EDNY Case No. 11 Civ. 2606 (CBM) (CLP)

Dear Judge Pollak,

I am the attorney representing the Plaintiff in the above referenced matter.

I am writing to request an adjournment of a telephone conference scheduled for November 10, 2011. I will not be available because I have an all-day trial scheduled at The City of New York Office of Administrative Trials and Hearings. I have discussed this request with opposing counsel, Mr. Echeverria, and he has graciously consented to my request.

If you have any questions, please call me at 212-766-9870.

Very truly yours,

Fausto E. Zapata, Jr.

Request Granted    11/30 at 9:00
Conference Adjourned to _____

*[signed]* Pollak
11/7/11

C: L. Echeverria
   File