US MAGISTRATE JUDGE CHERYL L. POLLAK            DATE: 11 / 30 / 11

                                               TIME SPENT: _____

DOCKET NO. 11 CV 2606 _____

CASE: Mardana v La Esquina _____

_____ INITIAL CONFERENCE            _____ OTHER/STATUS CONFERENCE
__✓__ DISCOVERY CONFERENCE          _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE         __✓__ TELEPHONE CONFERENCE
_____ MOTION HEARING                _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

_____ COMPLETED               _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

_____

**FOR DEFENDANT:** _____

_____

_____ DISCOVERY TO BE COMPLETED BY_____

_____ NEXT CONFERENCE SCHEDULED FOR_____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____       DEF. TO SERVE PL. BY:_____

RULINGS:

Dfts. response to pls documents request
is due 12/15; def to supply
affidavit from client that has
no records by 12/15
Failure to comply will result
in sanctions pursuant to
Fed R Civ P 37
Pl and Dft counsel to meet on 12/9 to
review books and records ⟶

Depositions of ppl., 2 defs. and
bookeeper to be completed by
Jan. 30

Conference 2/7 at 1200